```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/12/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DARTEL MCRAE,

          Plaintiff,

-v-

MIXX LIFESTYLE, INC., *et al.*,

          Defendants.

**ORDER**

24-CV-9851 (PAE) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    The Court is in receipt of the parties' September 11, 2025 joint status report and notes that fact discovery closed on September 4, 2025. The Court therefore refers the parties to Judge Engelmayer's Individual Rules and Practices in Civil Cases for the deadlines triggered by the close of fact discovery, including Rule 3(H).

**SO ORDERED.**

Dated: September 12, 2025
       New York, New York

                                                Henry J. Ricardo
                                                United States Magistrate Judge