**JacksonLewis**

Jackson Lewis P.C.
58 South Service Road, Suite 250
Melville NY  11747
(631) 247-0404 Main
(631) 247-0417 Fax
jacksonlewis.com

MY DIRECT DIAL IS: (631) 247-4671
MY EMAIL ADDRESS IS: BRIAN.SHENKER@JACKSONLEWIS.COM

November 5, 2025

**VIA ECF**

Honorable Paul A. Engelmayer, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

                Re:   *McRae v. Mixx Lifestyle Inc., et al.*
                      Case No.: 24-cv-09851 (PAE)(HJR)

Dear Judge Engelmayer:

      As co-counsel for Defendants Mixx Lifestyle Inc. ("Mixx"), Yang Gao, Hui Fang ("Fang"), and Erica Maurer ("Maurer") (collectively referred to as "Defendants"), we write to provide a brief update to the Court in advance of this afternoon's pre-motion conference. In the past week, in connection with a state sales tax audit, Mixx has uncovered at least seven (7) separate incidents of misappropriation of cash by Plaintiff McRae during the past two months[1]. Each of these incidents was captured and recorded on Mixx's video surveillance system. Generally, Plaintiff received cash payment from customers, served the customer drinks, and either failed to log the transaction in Mixx's system or logged a single soft drink (*e.g.*, a juice or a soda), and Plaintiff kept the difference. Defendants continue their investigation into prior periods (*i.e.*, prior to the most recent 60 day period). Last night, Mixx terminated Plaintiff's employment as a result of his misconduct.

      In light of this newly obtained evidence (obtained after the end of pre-certification discovery), Defendants plan to file requests for: (1) leave to amend Defendants' Answer to assert a faithless servant/breach of duty of loyalty affirmative defense; and (2) a reopening of pre-certification discovery for a period of 60 days to take discovery related to this new affirmative defense. The undersigned felt it was appropriate to apprise the Court of these matters prior to today's conference. Defendants have not yet conferred with counsel for Plaintiffs given the timing of the underlying factual developments.

---

[1] During this time Plaintiff worked approximately 20 shifts.

**JacksonLewis**

November 5, 2025
Page 2

Given that class certification and summary judgment motions may be impacted by such discovery (*e.g.*, this pertains to whether Plaintiff is an adequate class representative, among other things). To the extent these matters are not addressed at this afternoon's conference, Defendants will proceed in accordance with Your Honor's Rules in terms of procedure.

Respectfully submitted,

JACKSON LEWIS P.C.

/s/ *Brian J. Shenker*

Brian J. Shenker


JIA LAW GROUP, P.C.

/s/ *Thomas Hsien Chih Kung*

Thomas Hsien Chih Kung

cc:   All counsel (via ECF)