UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DARTEL MCRAE, *on behalf of himself and others similarly situated*,

                    Plaintiff,

-v-

MIXX LIFESTYLE INC. *et al.*,

                    Defendants.

24 Civ. 9851 (PAE) (HJR)

ORDER

PAUL A. ENGELMAYER, District Judge:

      In advance of yesterday's conference, defense counsel filed a letter stating, in sum, that plaintiff Dartel McRae had recently been terminated from his employment with defendant Mixx Lifestyle Inc. ("Mixx"), following Mixx's alleged discovery that McRae had misappropriated cash from it.  Dkt. 47.  For the reasons discussed during yesterday's conference:

- The Court grants, on consent, defendants' request to reopen class certification discovery for 60 days, beginning today, solely to enable reciprocal discovery between the parties as to the allegations in Mixx's letter concerning McRae.  Plaintiff is also authorized, during this period, to seek to add a new named plaintiff.  Should plaintiff identify a new plaintiff, plaintiff is to promptly file an amended complaint adding allegations particular to that individual, and the parties are promptly to undertake and complete discovery as to that plaintiff.

- By January 12, 2026, the parties will file a joint letter that (1) provides any relevant updates and (2) sets out their respective positions as to next steps in this case, including a proposed briefing schedule concerning class certification and/or summary judgment.

- The Court will hold another telephonic conference at 4 p.m. on January 15, 2026 to take up the issues described above. The parties should dial in to the Court's conference line at (855) 244-8681, and enter access code 2318-315-0661, followed by the pound (#) key.

- The Court extends, *sine die*, its previous stay as to all briefing deadlines (including those related to the motion for class certification by McRae, Dkt. 42), pending the January 15 conference.


SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge

Dated: November 6, 2025
       New York, New York