# JOSEPH & KIRSCHENBAUM LLP

Attorneys at Law

Charles Joseph
D. Maimon Kirschenbaum
Denise Schulman
Josef Nussbaum
Lucas Buzzard
Leah Seliger
Michael DiGiulio

45 Broadway, Suite 320
New York, NY 10006
Tel: 212-688-5640
Fax: 212-981-9587
www.jk-llp.com

April 15, 2026

**<u>VIA ECF</u>**

Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square New York, NY 10007

> **Re:** ***McCrae, v. MIXX Lifestyle Inc., et al*, 24-cv-09851 (PAE)(HJR)**

Dear Judge Engelmayer,

We represent Plaintiffs Larry Luu, Kamruzzaman Choudhury, and Kim Rossomando in the above-referenced matter. We write to respectfully request that the Court reopen the case for seven days, until April 22, 2026, to allow the parties to finalize the resolution of the lawsuit.

By way of brief background, on March 13, 2026, the parties informed the Court that they had reached a settlement in principle and that they anticipated that the case would still be resolved via a Rule 68 offer of judgment. ECF No. 56. As a result of that letter, on March 17, 2026, the Court discontinued the case with the proviso that Plaintiffs could seek to reopen the case within 30 days if the resolution was not consummated. ECF No. 58. Defendants have still not served the Rule 68 offers of judgment that Plaintiffs anticipated they would. Accordingly, we respectfully request that case be reopened for 30 days to allow Defendants to do what they stated they intend to do and so that Plaintiffs may file notices of acceptance, if the offers are acceptable.

We thank the Court for its attention to this matter.

Respectfully submitted,

**JOSEPH & KIRSCHENBAUM LLP**

s/ *Josef Nussbaum*
Josef Nussbaum
45 Broadway, Suite 320
New York, NY 10006
(212) 688-5640