UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

LARRY LUU, KAMRUZZAMAN CHOUDHRY, and
KIM ROSSOMANDO, on behalf of themselves and
others similarly situated,

Case No.:
24-cv-09851

Plaintiffs,

v.

MIXX LIFESTYLE INC. d/b/a NEBULA NY, YANG
GAO, HUI FANG, and ERICA MAURER,

Defendants.

-------------------------------------------------------------------X

## PROPOSED JUDGMENT

A notice of acceptance of the Rule 68 Offers of Judgment having been filed on May 15, 2026; and Defendants having offered the Plaintiffs Larry Luu, Kamruzzaman Choudhury, and Kim Rossomando ("Plaintiffs") an offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure, against Defendants in the amount of $50,000.00 inclusive of costs and reasonable attorneys' fees incurred as of the date of that offer, in complete satisfaction of Plaintiffs' individual claims pursuant to the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq*. ("FLSA) in the above-captioned action; it is,

ORDERED and ADJUDGED that Judgment is entered in favor of Plaintiffs Larry Luu, Kamruzzaman Choudhury, and Kim Rossomando against all Defendants in the amount of $50,000.00 inclusive of costs and reasonable attorneys' fees incurred as of the date of this offer, in complete satisfaction of Plaintiffs' individual claims pursuant to the FLSA.

1

Dated: New York, New York
     May 18, 2026

Hon. Paul A. Engelmayer
United States District Judge

2